**Order filed, December 27, 2018.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-18-01015-CV

———————————

**LOVE & JOY SERVICES, LLC, AND LOVERS ESTATE, LLC, Appellant**

**V.**

**UNITY NATIONAL BANK, JC WORRELL'S INSURANCE AGENCY A/K/A J. CEASER'S FARMERS INSURANCE AGENCY, JOSE RODRIGUEZ D/B/A A&A CONSTRUCTION MANAGEMENT CORP., AND WATERSTONE LSP, LLC, Appellee**

**On Appeal from the 80th District Court
Harris County, Texas
Trial Court Cause No. 2016-79109**

## ORDER

The reporter's record in this case was due **December 18, 2018**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Jessica Chang**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM